Marlon T. Young

25-cv-641-wmc

Average monthly balance: $449.12 + 310.10 = $759.22 / 2 = $379.61 x 20% = $75.92

Average monthly deposits: $13.10.20 / 6 = $218.36 x 20% = $43.67